UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| DANIELLE J. DUPERRET, ) | |
| ) Plaintiff, ) | |
| ) | 2:09-cv-876-RLH-RJJ |
| vs. ) | |
| ) | |
| DONALD E. EMEL, JR., *et al.*, ) | **DISMISSAL BY COURT FOR** |
| ) | **WANT OF PROSECUTION** |
| ) Defendants. ) | |

It appearing to the Court that this action has been pending in this Court for more than two hundred seventy (270) days without any proceeding having been taken therein during such period; now therefore,

IT IS ORDERED, ADJUDGED, AND DECREED that the above entitled action is hereby dismissed without prejudice for want of prosecution pursuant to provisions of LR 41-1.

DATED: September 6, 2011

_____
ROGER L. HUNT
Chief United States District Judge